[No. 7958.  Decided June 15, 1909.]

MARIA MASOERO, *Respondent*, v. J. A. CAMPBELL &
COMPANY *et al.*, *Appellants*.[1]

APPEAL—REVIEW—DISMISSAL—CESSATION OF CONTROVERSY.   The
dismissal of an appeal carries with it the supersedeas granted there-
in; and hence an appeal from an order denying a motion to vacate
the supersedeas will be dismissed, as the controversy has ceased.

Appeal from an order of the superior court for King
county, Morris, J., entered March 6, 1909, denying a motion
to vacate a supersedeas or restraining order, after a hearing
before the court.   Dismissed.

*Walter A. Keene* (*Hastings & Stedman*, of counsel), for
appellants.

*McBurney & Cummings*, for respondent.

PER CURIAM.—An appeal prosecuted in this action from
an order denying a temporary injunction was heretofore
dismissed by this court. *Masoero v. Campbell & Co.*, 52 Wash.
551, 100 Pac. 1024.   After the last-mentioned appeal was
taken, the trial court granted a restraining order in the na-
ture of a supersedeas to preserve the fruits of the litigation
pending the appeal.   The present appeal is prosecuted from
an order denying a motion to vacate the supersedeas or re-
straining order.   Inasmuch as the dismissal of the first ap-
peal carried with it the order from which the present appeal
is prosecuted, there is no question before us for review, and
the appeal is accordingly dismissed.

[1]Reported in 102 Pac. 423.